*Donald P. Chernoff,* for the appellants (defendants).

Argued December 1—decided December 1, 1964

The defendants filed a motion for reargument which was granted.

MABEL CRICCA *v.* ANDREW BOSAK ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Bronislaw Winnick,* for the appellee (plaintiff).

Argued December 1—decided December 1, 1964

JOAN EVERONE *v.* ALEX MARAZZI ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in New Haven County is granted.

*George E. McGoldrick,* for the appellees (defendants).

*John J. Buckley,* for the appellant (plaintiff).

Argued December 1—decided December 1, 1964

THELMA R. JACQUES *v.* JOSEPH P. JACQUES ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is granted.